UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREATER NEW ORLEANS FAIR HOUSING ACTION CENTER | CIVIL ACTION |
| VERSUS | NO. 18-8177 |
| JERRY WAYNE KELLY, JR.; 4223 FONTAINEBLEAU DR NOLA LLC; 7927 1/2 BIRCH ST NOLA LLC; AND INVESTMENT PROPERTIES OF J&L LLC | SECTION "R" (2) |

# **ORDER AND REASONS**

The Court has received from defendants Jerry Wayne Kelly, Jr.; 4223 Fountainbleau Dr NOLA LLC; 7927 ½ Birch St NOLA LLC; and Investment Properties of J&L, LLC, a motion to strike the declarations attached to plaintiff Greater New Orleans Fair Housing Action Center's response memorandum to defendants' motion for summary judgment.[1]

Defendants filed the motion for summary judgment, and have had ample opportunity to brief it. They have also filed a reply memorandum. Now defendants effectively attempt to file a sur-reply, without first seeking

---

[1] R. Doc. 134.

the Court's leave. In any event, the Court does not permit sur-replies and would not grant leave if requested.

For the foregoing reasons, the Court DENIES defendants' motion to strike.

New Orleans, Louisiana, this __15th__ day of January, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE